# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA
### SENTENCING

| | |
|---|---|
| UNITED STATES OF AMERICA,   Plaintiff,   v.   DEON NECOLE WILLIAMS, *aka Ghost*   Defendant. | **COURT MINUTES - CRIMINAL**   Case No:  23-cr-163 (1) (NEB/JFD)  Date:  October 10, 2023  Courthouse:  Minneapolis  Courtroom:  13W  Court Reporter:  Renee Rogge  Time Commenced:  10:10 a.m.  Time Concluded:  11:25 a.m.  Time in Court:  1 hour and 15 minutes |

Before Nancy E. Brasel, United States District Judge
APPEARANCES:

　　For Plaintiff:　Justin Wesley, Assistant U.S. Attorney
　　For Defendant:　Debra Hilstrom, CJA Appointed Attorney

☒ **Sentencing.**
☒ Defendant's objections to paragraphs 6 and 7 of PSR relating to the activities in the trailer, mention of ammunition in the forfeiture allegations, Defendant's alias name Ghost, and affiliations with a gang will not be considered in the sentence. There is no need to rule on the objections. The PSR is adopted as filed.

**IT IS ORDERED:**
**Defendant is sentenced to:**

| Count Nos. | Guilty Verdict | BOP | SR |
|---|---|---|---|
| 1 | X | 70 months | 3 years |

☒ Special conditions of: **See J&C for special condition.**
☒ Special assessment in the amount of $100.00 due immediately
☒ Defendant is remanded to the custody of the USM.

Date: October 10, 2023　　　　　　　　　　　　　　　　s/Kristine Wegner
　　　　　　　　　　　　　　　　　　　　　　Courtroom Deputy to Judge Nancy E. Brasel